# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| R&M PRICE ENTERPRISES, LLC, dba FACTORY FURNACE OUTLET, | : | Case No. 1:19-cv-742 |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| vs. | : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 13), GRANTING MOTION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) (DOC. 11) AND TERMINATING CASE

The Court has reviewed the Report and Recommendation (Doc. 13) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, Plaintiff's motion to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a) (Doc. 11) is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.  This case shall be **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED**.

                                                   UNITED STATES DISTRICT COURT
                                                   SOUTHERN DISTRICT OF OHIO

                                      By:   */s/ Matthew W. McFarland*
                                              JUDGE MATTHEW W. McFARLAND